FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUL 26 AM 11:00

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| DERRELL GAULDEN, | )<br>)<br>) |
| Movant, | )<br>) |
| v. | ) Case No. CV412-183<br>) CR499-001 |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED, this 26 day of July, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA